AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES DRISCOLL SMITH,

                                                    JUDGMENT IN A CIVIL CASE

                          Plaintiff,

        v.                                          Case Number:  3:23-cv-00225-ART-CLB

OLVERA, et al.,

                          Defendants.

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

   THAT the Court GRANTS Defendants' motion for summary judgment (ECF No. 27).
   FURTHER ORDERED THAT judgment is hereby entered accordingly in Defendants' favor, and this case is closed.

03/05/2025
_____                           __DEBRA K. KEMPI___
Date                                       Clerk


                                            /s/  DRM
                                           _____
                                           Deputy Clerk